UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
ERIKA ALEXANDRIA, *on behalf of herself and all* :
*others similarly situated,* :
:
:
                  Plaintiff, : 25-cv-06551 (LJL)
:
       -v- : ORDER
:
CHAZ DEAN, INC., :
:
:
              Defendant. :
                              X
--------------------------------------------------------------------

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: _12/15/2025__

LEWIS J. LIMAN, United States District Judge:

The Court held a conference today, December 15, 2025.  Plaintiff's counsel appeared at the conference.  Defendant did not appear.

At the conference, the Court issued the following order.  Plaintiff shall file a motion for default judgment no later than January 30, 2026.  If Defendant appears before that date, Plaintiff will be relieved of the obligation to file a motion for a default judgment but shall file a letter requesting a conference with the Court.

Plaintiff shall serve this Order on Defendant and shall file proof of service on the docket.

SO ORDERED.

Dated: December 15, 2025
      New York, New York                _____
                                LEWIS J. LIMAN
                           United States District Judge